No. 399, Misc.  HART *v.* UNITED STATES.   C. A. 8th Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 402, Misc.  WILLIAMS *v.* UNITED STATES.   C. A. 8th Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 403, Misc.  TRICE *v.* NEW YORK.  Appellate Division of the Supreme Court of New York, Second Judicial Department.  Certiorari denied.

No. 406, Misc.  STEVENS *v.* RAGEN, WARDEN.  Criminal Court of Cook County, Illinois.  Certiorari denied.

No. 411, Misc.  CANFORA, ALIAS PENZY, ALIAS RAYMONDI, *v.* NEW YORK.  Appellate Division of the Supreme Court of New York, First Judicial Department.  Certiorari denied.

No. 417, Misc.  AMBROSINI *v.* UNITED STATES.   C. A. 2d Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 418, Misc.  GROVE *v.* SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY.  Supreme Court of Appeals of Virginia.  Certiorari denied.

No. 419, Misc.  GORSI *v.* UNITED STATES ET AL.  C. A. 9th Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Rankin* for the United States.